AO 245D-CAED (Rev. 9/01) Sheet 1 - Judgment in a Criminal Case for Revocation

# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA

v.

**RUBEN MARKS MEDELLIN**

(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**

(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)
Criminal Number: **1:07MJ00194 DLB**

Charles Lee, AFD

Defendant's Attorney

## THE DEFENDANT:

[✔]  admitted guilt to violation of Charge  ONE  as alleged in the violation petition filed on July 11, 2008 .

[ ]  was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| CHARGE ONE | USE OF CONTROLLED SUBSTANCE | JUNE 9, 2008 and JUNE 17, 2008 |

The court: [✔] revokes: [ ] modifies: [ ] continues under same conditions of supervision heretofore ordered on   NOVEMBER 2, 2007  .

The defendant is sentenced as provided in pages 2 through  3  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  Charge(s)  ___  is/are dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

NOVEMBER 10, 2009

Date of Imposition of Sentence

/s/ *Dennis L. Beck*

Signature of Judicial Officer

**DENNIS L. BECK**, United States Magistrate Judge

Name & Title of Judicial Officer

13 November 2009

Date

AO 245D-CAED (Rev. 9/01) Sheet 1 - Judgment in a Criminal Case for Revocation

CASE NUMBER:        1:07MJ00194 DLB                                           Judgment - Page 3  of  3
DEFENDANT:          RUBEN MARKS MEDELLIN

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  90 days .

The Court  therefore orders probation REVOKED as to defendant Ruben Marks Medellin.

[ ]       The court makes the following recommendations to the Bureau of Prisons:

[ ]       The defendant is remanded to the custody of the United States Marshal.

[ ]       The defendant shall surrender to the United States Marshal for this district.
          [ ] at ____ on ____.
          [ ] as notified by the United States Marshal.

[ ]       The defendant shall surrender for service of sentence at the institution designated by the Bureau of
          Prisons:
          [ ] before _ on ____.
          [ ] as notified by the United States Marshal.
          [ ] as notified by the Probation or Pretrial Services Officer.
          If no such institution has been designated, to the United States Marshal for this district.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

      Defendant delivered on_____ to _____
___

at _____ , with a certified copy of this judgment.


                                                    _____
                                                                UNITED STATES MARSHAL


                                                    By _____
                                                                Deputy U.S.  Marshal